Vogel & Vogel, and Harry J. Myerson, for appellant; L. H. Vogel, and Robert C. Vogel, of counsel; Scalise, Chino & Schultz, for appellee; John C. Laux, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

## Walter W. Virgil, Appellee, v. New York, Chicago and St. Louis Railroad Company, Appellant.

### Gen. No. 46,162.   (Abstract of Decision.)

Winston, Strawn, Black & Towner, for appellant; George B. Christensen, Douglas C. Moir, and Edward J. Wendrow, of counsel; Fuerst & Fuerst, and Schwartzberg & Barnett, for appellee; David Alswang, and Mark T. Barnett, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.